RECEIVED
IN LAKE CHARLES, LA.
APR 29 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GEORGIA AUTHEMENT CONSTANCE, ET AL. | DOCKET NO. 12-CV-01253 |
| VS. | JUDGE MINALDI |
| AUSTRAL OIL EXPLORATION COMPANY, INC., ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings in the Report and Recommendations (Rec. Doc. 79 and 82) dated February 6, 2012, are correct under applicable law;

**IT IS ORDERED** that the plaintiffs' claims against Austral Oil Exploration company are **DISMISSED**.

**IT IS FURTHER ORDERED** that the plaintiffs' claims against the John W. Mecom Company are **DISMISSED**.

**IT IS FURTHER ORDERED** that the defendants' Motion to Amend Notice of Removal is **GRANTED**. Plaintiffs' Motion to Remand is **GRANTED IN PART** and **DENIED IN PART**. The court orders the claims by plaintiffs against defendant HRC severed from the claims against the other defendants. The plaintiff's Motion to Remand is **GRANTED** as to the severed claims against defendant HRC, but the motion is **DENIED** as to the remaining claims.

**IT IS FURTHER ORDERED** that the Order of Remand (Rec. Doc. 81) issued on February

6, 2012, and stayed during appeal **BE ISSUED**.

**IT IS FURTHER ORDERED** that the findings of the Magistrate Judge in the Memorandum Ruling (Rec. Doc. 80), appealed by the plaintiffs, are **AFFIRMED**.

Lake Charles, Louisiana, this __26__ day of April, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE